# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Roberto Ramos

Plaintiff

v.

MinnCorr, Sheryl Ramstad Hvass and Mike Sveen

Defendants

Case No. Civil 01-2306 JMR/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is dismissed, as frivolous, but without prejudice. Plaintiff's application to proceed in forma pauperis is denied.

DATE: February 1, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

5